UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | | |
|---|---|---|
| KENNETH MOBLEY, | ) | |
| Petitioner, | ) | Civil Action No. 5: 20-489-WOB |
| v. | ) | |
| DIRECTOR LISA FARMER, | ) | **JUDGMENT** |
| Respondent | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Kenneth Mobley's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [R. 1] is **DISMISSED**. Judgment is entered in favor of the Respondent.

2. This action is **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 7th day of January, 2021.



Signed By:
*William O. Bertelsman* WOB
United States District Judge

-1-